# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert Everton Rushie,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:07-cv-301-03

Huseby Inc., et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/7/2007 Order.

                                                Signed: August 7, 2007

                                                Frank G. Johns, Clerk
                                                United States District Court